IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO CARRASCAL,<br><br>    Plaintiff,<br><br>  v.<br><br>DEANNA AVAKIAN, et al.,<br><br>    Defendants. | No. C 10-02582 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On June 18, 2010, Defendant PNC Bank, N.A. filed a Motion to Dismiss or, in the Alternative, a Motion for a More Definite Statement, and a Motion to Strike Portions of Plaintiff's Complaint, which are now noticed for hearing on September 3, 2010. It is HEREBY ORDERED that Plaintiff's opposition briefs shall be due by no later than August 6, 2010, and Defendant's Reply briefs shall be due by no later than August 13, 2010. Plaintiff is HEREBY ADVISED that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office. Plaintiff also may wish to seek assistance from the Legal Help Center. Plaintiffs may call the Legal Help Center at 415-782-9000, extension 8657, or sign up on the 15th Floor of the Courthouse, Room 2796, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated: July 7, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO CARRASCAL,<br><br>    Plaintiff,<br><br>v.<br><br>DEANNA AVAKIAN et al,<br><br>    Defendant._____/ | Case Number: CV10-02582 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 7, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Francisco Carrascal
P.O. Box 7246
Redwood City, CA 94063

Dated: July 7, 2010

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk