IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO CARRASCAL,<br><br>    Plaintiff,<br><br>  v.<br><br>DEANNA AVAKIAN, et al.,<br><br>    Defendants.<br>_____/ | No. C 10-02582 JSW<br><br>**ORDER CONTINUING HEARING, CORRECTING COURTROOM LOCATION, AND SETTING BRIEFING SCHEDULE** |

On July 16, 2010, Defendant Blanca Vazquez, erroneously sued as Blanca Castellanos-Chavez ("Chavez") filed a Motion to Dismiss or, in the Alternative, a Motion for a More Definite Statement, and a Joinder in Defendant PNC Bank's motions. Chavez noticed her motion for a hearing on August 27, 2010. Chavez erroneously noticed the motion for a hearing at 9:30 a.m. in Courtroom 15. This Court, however, holds its law and motion calendar at 9:00 a.m. and in Courtroom 11.

It is HEREBY ORDERED that Court CONTINUES Chavez' motion from August 27, 2010 to Friday, September 3, 2010 at 9:00 a.m., in Courtroom 11, to be heard in conjunction with PNC Banks' motions, which are set for hearing on that date.

It is FURTHER ORDERED that Plaintiff's opposition briefs shall be due by no later than August 6, 2010, and Defendant's Reply briefs shall be due by no later than August 13, 2010. The Court again ADVISES Plaintiff that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office. Plaintiff also may wish to seek assistance from the Legal Help Center. Plaintiffs may call the Legal Help Center at 415-782-9000, extension 8657, or sign up on the 15th Floor of the Courthouse, Room 2796, for a free appointment with an

attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated: July 19, 2010

                                                 JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO CARRASCAL,

       Plaintiff,

  v.

DEANNA AVAKIAN et al,

       Defendant.

                                           /

Case Number: CV10-02582 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 19, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Francisco Carrascal
P.O. Box 7246
Redwood City, CA 94063

Dated: July 19, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

3