IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO CARRASCAL,<br><br>        Plaintiff,<br><br>  v.<br><br>DEANNA AVAKIAN, et al.,<br><br>        Defendants. | No. C 10-02582 JSW<br><br>**ORDER GRANTING, IN PART, PLAINTIFF'S REQUEST FOR CONTINUANCE AND MODIFYING BRIEFING SCHEDULE** |

        This matter is set for a hearing on September 3, 2010, on a Motion to Dismiss or, in the Alternative, a Motion for a More Definite Statement, filed by Defendant Blanca Vazquez, erroneously sued as Blanca Castellanos-Chavez ("Chavez"), and Motions to Dismiss, or in the Alternative, for a More Definite Statement and to Strike Portions of Plaintiff's Complaint filed by Defendants PNC Bank and Deanna Avakian ("the PNC Bank Defendants").

        On July 7, 2010 and July 19, 2010, the Court issued orders setting briefing schedules on the motions filed by Chavez and the PNC Bank Defendants, pursuant to which Plaintiff's opposition briefs were due on August 6, 2010.

        On July 26, 2010, Defendant Federal National Mortgage Association, sued as "Fannie Mae" also filed a motion to dismiss and noticed that motion for hearing on September 3, 2010. On July 27, 2010, Defendant Wells Fargo Bank, N.A. filed a Notice of Joinder in each of the other Defendants' motions.

        On August 9, 2010, Plaintiff filed a document entitled "Motion to Postpone the Date of Case Management Conference scheduled for September 3, 2010 at 9:00 a.m." In that document, Plaintiff requests a continuance of approximately 30 days "to prepare a strong defense of myself."

In light of the motions that were filed subsequent to the Court's previous orders setting briefing schedules, the Court shall grant Plaintiff's request in part. The Court shall grant one **final** continuance of the hearings on the motions to dismiss and one **final** extension of the briefing schedules on the motions, although it shall not grant Plaintiff a full thirty days to oppose the motions.

Accordingly, the hearing set for September 3, 2010 is HEREBY CONTINUED to October 8, 2010 at 9:00 a.m.

It is FURTHER ORDERED that Plaintiff's opposition briefs to each of the Defendants' motions and to Wells Fargo's notice of joinder shall be due by no later September 3, 2010, and Defendants' reply briefs shall be due on September 10, 2010. Plaintiff is HEREBY ADVISED that if he fails to file his opposition briefs by this date, the Court may dismiss this case without prejudice for failure to prosecute or, in the alternative, may rule on the merits of Defendants' motions. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing.

It is FURTHER ORDERED that the initial case management conference scheduled for September 17, 2010 at 1:30 p.m. is VACATED and shall be reset if necessary after the hearing on the motions to dismiss.

Finally, the Court again advises Plaintiff that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office. Plaintiff also may wish to seek assistance from the Legal Help Center. Plaintiffs may call the Legal Help Center at 415-782-9000, extension 8657, or sign up on the 15th Floor of the Courthouse, Room 2796, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated: August 10, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

<b>United States District Court</b><br>For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO CARRASCAL,

    Plaintiff,

v.

DEANNA AVAKIAN et al,

    Defendant.

                            /

Case Number: CV10-02582 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Francisco Carrascal
P.O. Box 7246
Redwood City, CA 94063

Dated: August 10, 2010

Richard W. Wieking, Clerk
 By: Jennifer Ottolini, Deputy Clerk